IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00747-GPG-KAS

RCI HOSPITALITY HOLDINGS, INC.,
BIG SKY HOSPITALITY HOLDINGS, INC.,
EVANS DINING SERVICES, INC., dba PT'S SHOWCLUB,
GALENA DINING SERVICES, INC., dba PT'S SHOWCLUB CENTERFOLD,
GLANARM DINING SERVICES, INC., dba DIAMOND CABARET,
STOUT DINING SERVICES, INC., dba RICK'S CABARET, and
KEVIN DUERBUSCH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER AUDITOR'S OFFICE,
DENVER AUDITOR TIMOTHY O'BRIEN,
DENVER LABOR,
DENVER LABOR EXECUTIVE DIRECTOR MATTHEW FRITZ-MAUER,
in his individual and official capacities, and
DENVER LABOR HEARING OFFICER ELLEN KELMAN,

    Defendants.

---

**UNOPPOSED MOTION TO VACATE SCHEDULING ORDER DEADLINES**

---

    Defendants the City and County of Denver, Colorado, Denver Auditor's Office, Denver Auditor Timothy O'Brien, Denver Labor, and Denver Labor Executive Director Matthew Fritz-Mauer in his individual and official capacities (hereinafter referred to as "Denver"), through undersigned counsel, hereby move to vacate all pending scheduling order deadlines and in support state as follows:

<u>CERTIFICATE OF CONFERRAL</u>

    All parties herein have conferred regarding this motion and the reasons therefore. This motion is unopposed.

## REQUEST FOR RELIEF

As matters stand currently, the Parties must present a proposed Scheduling Order to the Court by Wednesday, June 4, 2025 and must appear at a Scheduling Conference on June 11, 2025. Denver, unopposed by the remaining Parties, wishes to vacate these deadlines.

There are several unresolved matters pending before the Court which will greatly impact the discovery schedule in this matter. These include a Motion for Preliminary Injunction filed by Plaintiffs [ECF # 13], two Motions to Dismiss filed by the respective Defendant groups [ECF ## 34, 35] and a Motion to Stay jointly filed by Defendants [ECF # 37]. The resolution of these pending motions will greatly inform the manner in which the Parties conduct discovery. The Parties have discussed this impact and the need to conserve party and judicial resources. Denver requests that all Scheduling Order deadlines be vacated and rescheduled only after the pending Motion to Stay is ruled on by this Court. This includes the June 4, 2025 deadline to submit a proposed Scheduling Order to the Court and the June 11, 2025 Scheduling Conference.

Wherefore, Denver hereby requests that the June 4, 2025 deadline to submit a proposed Scheduling Order and the June 11, 2025 Scheduling Conference be vacated and rescheduled only after the pending Motion to Stay [ECF # 37] is ruled upon by this Court.

Respectfully submitted this 29th day of May 2025.

By: *s/ Michele A. Horn*
Michele A. Horn
Jonathan D. Saadeh
Emily L. Anderson
Assistant City Attorneys
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
michele.horn@denvergov.org
jonathan.saadeh@denvergov.org
emily.anderson@denvergov.org
*Attorneys for Defendant the City and County of Denver, Colorado, Denver Auditor's Office, Denver Auditor Timothy O'Brien, Denver Labor, and Denver Labor Executive Director Matthew Fritz-Mauer*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 29th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Leah P. VanLandschoot
Ruth A. McLeod
THE LITIGATION BOUTIQUE, LLC
78 West 11th Avenue
Denver, Colorado 80204
T: 303.355.1942
lvanlandschoot@thelitbot.com
rmcleod@thelitbot.com
*Attorneys for Plaintiffs*

Andrew D. Ringel
Matthew Hegarty
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
T: 303.628.3300
ringela@hallevans.com
hegartym@hallevans.com
*Attorneys for Defendant Ellen Kelman*

*s/ Shannon Egan*
Shannon Egan, Paralegal
Denver City Attorney's Office