IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00747-GPG-KAS

RCI HOSPITALITY HOLDINGS, INC.,
BIG SKY HOSPITALITY HOLDINGS, INC.,
EVANS DINING SERVICES, INC., doing business as PT's Showclub,
GALENA DINING SERVICES, INC., doing business as PT's Showclub Centerfold,
GLENARM DINING SERVICES, INC., doing business as Diamond Cabaret,
STOUT DINING SERVICES, INC., doing business as Rick's Cabaret, and
KEVIN DUERBUSCH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER AUDITOR'S OFFICE,
TIMOTHY O'BRIEN, Denver Auditor,
DENVER LABOR,
MATTHEW FRITZ-MAUER, Denver Labor Executive Director, in his individual and official capacity, and
ELLEN KELMAN, Denver Labor Hearing Officer,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs **Motion for Leave to File Second Amended Complaint and Jury Demand** [#56] (the "Motion").

    IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **March 16, 2026, at 1:30 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

    Dated: February 9, 2026